DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHAN GENERAUX** & **MICHELLE SYNDER BOSSE,**
Appellants,

v.

**SHAI COLODNER,**
Appellee.

No. 4D22-1848

[March 30, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. COWE20-012524 and COWE20-020673.

Ryan Shrouder of Shrouder, Karns & Mager, P.A., Cooper City, for appellants.

Spencer Bryant Siegel of Siegel & Siegel, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***